ROBERT HERBST v. EMIL HUBER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA M. ZIPFEL v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion to dismiss appeal denied. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LEO CARP, an Infant, etc., v. NATIONAL BISCUIT COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ALBERT LOUIS REID v. WORLD MUTUAL AUTOMOBILE CASUALTY COMPANY.— Application granted. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ISIDORE ABRAMSON v. UNITED STATES LLOYDS, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SAM GOODMAN v. THE STATE BANK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FRANCISCO BERROCAL v. PANAMA RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GEORGE S. MORRIS v. ROBERT J. COVERDALE.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

DAVID SOLOMON v. NATIONAL SURETY COMPANY OF NEW YORK.— Application granted. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

JOHN M. PECK v. IRVING J. GOLDSTEIN Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SOLON DE LEON v. THE CONSOLIDATED LEASING CORPORATION and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

JENNIE CAHILL v. INECTO, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MICHAEL ROGALSKY and Another v. HERMAN F. SIMONS.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LONDON PRODUCE Co., INC., v. POELS & BREWSTER, INC.— Motion denied, with ten dollars costs, as unnecessary. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.